## CERTIFICATE OF SERVICE

**JONATHAN A. JUDD**, duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at New York, New York.

On May 7, 2007, I served a true copy of the within **NOTICE OF REMOVAL** by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York, and the same by electronic filing, addressed to the last known address of the addressee as indicated below:

**KUHARSKI, LEVITZ & GIOVINAZZO**
*Attorneys for Plaintiff*
7 Dey Street, 14th Floor
New York, New York 10007
(212) 228-1331

Clerk, Supreme Court of the State of New York
County of Bronx
851 Grand Concourse
Bronx, New York 10451

Jonathan A. Judd, Esq. (JJ 1655)
Hawkins Rosenfeld Ritzert & Varriale, LLP
Eleven Penn Plaza, Suite 2101
New York, New York 10001
(212) 488-1598