*Exhibit A*

10/26/2006 11:20 FAX                RUNFAX INVESTIGATIONS        7184013501        @001        P.3

Page 1 of 2 Pages

**POLICE ACCIDENT REPORT (NYC)**
New York State Department of Motor Vehicles
MV-104AN (5/04)

Precinct: 046
Accident No.: 09606001504

☐ AMENDED REPORT

**Accident Date:** Month 10, Day 19, Year 2006, Day of Week Thurs, Military Time 0830, No. of Vehicles 2, No. Injured 1

**VEHICLE 1**
- License ID Number: T69-89-2317, State of Lic.: VA
- Driver Name: CAMPBELL WAYNE BERNARD
- Address: 2505 CAMELBACK RD
- City: Richmond, State: VA, Zip: 23236-1556
- Date of Birth: 01/22/89, Sex: M
- No. of Occupants: 1
- Name on registration: CAMPBELL WAYNE BERNARD
- Address: 2505 CAMELBACK RD, Richmond, VA 23236-1556
- Plate Number: KDH9497, State: VA, Vehicle Year & Make: 2004 Chev, Vehicle Type: PAS, Ins. Code: 999

**VEHICLE 2** — ☑ PEDESTRIAN
- Driver Name: OYOLA LILLIAN
- Address: 22 ELLIOT PL, Apt 5
- City: BRONX, State: NY, Zip: 1045_
- Date of Birth: 09/17/57, Sex: F

**Accident Diagram:** (hand-drawn) Pedestrian, Vehicle #1

Place Where Accident Occurred: ☑ BRONX
Road on which accident occurred: E 176 ST
At (1) intersecting street: Grand Concourse

**Accident Description/Officer's Notes:**
PO Driver of vehicle #1 states he backed up vehicle because after light changed veh was in traffic while backing hit pedestrian into veh #2. Vehicle #2 was stopped in traffic.

Names of all involved:
- CAMPBELL WAYNE BERNARD
- OYOLA LILLIAN
- LIKEKIM, ELIZABETH

Officer's Rank and Signature: P.O. [illegible]
Print Name: Kurikuta
Tax ID No.: 904303
NCIC No.: 03030
Precinct: 046
Post/Sector: E

10/26/2006 11:20 FAX    KUNFHX INVESTIGATIONS    7184013501    ☒002    p.4

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front)

| A Last Name | First | M.I. | D Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Date of Birth Month/Day/Year | Telephone (Area Code) | | Date of Birth Month/Day/Year | Telephone (Area Code) | |
| B Last Name | First | M.I. | E Last Name | First | M.I. |
| Address | | | Address | | |
| Date of Birth Month/Day/Year | Telephone (Area Code) | | Date of Birth Month/Day/Year | Telephone (Area Code) | |
| C Last Name | First | M.I. | Highway Dist. at Scene? ☐ Yes ☒ No  Name: | | Shield No. |
| Address | | | | | |
| Date of Birth Month/Day/Year | Telephone (Area Code) | | | | |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1  N 0110572-00               Vehicle No. 2 _____
Expiration Date  2-4-07                    Expiration Date _____
VIN 2G1WF52E449332963                      VIN _____

**WITNESS** (Attach separate sheet, if necessary)
Name  Jose Serano    Address 1848 Monroe Av Bsmt    Phone 347-202-562

**DUPLICATE COPY REQUIRED FOR:**
- ☐ Dept. of Motor Vehicles (if anyone is killed/injured)
- ☐ Motor Transport Division (P.D. vehicle involved)
- ☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
- ☐ Other City Agency (Specify)
- ☐ Office of Comptroller (if a City vehicle involved)
- ☐ Personnel Safety Unit (if a P.D. vehicle involved)
- ☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member was notified. In either case, give date and time of notification.)
Roberto Ruiz  (SON)
1-646-773-9210

| PROPERTY DAMAGED (other than vehicles) | OWNER OF PROPERTY (include city agency, where applicable) |
|---|---|
| | |

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle-Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
- ☐ Responding to Code Signal _____
- ☐ Pursuing Violator
- ☐ Other (Describe) _____
- ☐ Complying with Station House Directive
- ☐ Routine Patrol

MV-104AN (5/04)

10/26/2006 11:21 FAX　　　　　RONFAX INVESTIGATIONS　　　7184013501　　　☒003　P.5

# POLICE ACCIDENT REPORT (NYC)
**New York State Department of Motor Vehicles**
MV-104AN (7/01)

Page 2 of 2 Pages

Precinct: 046
Accident Number: 84100601504

☐ AMENDED REPORT

**Accident Date:** Month 10, Day 19, Year 2006
**Day of Week:** ThuS
**Military Time:** 0830
**No. of Vehicles:** 2
**No. Injured:** 1
**No. Killed:** 0

## VEHICLE 1 — Driver
- License ID Number: 713 425 958
- State of Lic.: NY
- Driver Name (exactly as printed on license): UKEKWE, ELEAZAR A
- Address (Include Number & Street): 2796 Hering Ave.
- City or Town: BRONX  State: NY  Zip Code: 10469
- Date of Birth: 05 / 27 / 76  Sex: M
- No. of Occupants: 1

Name (exactly as printed on registration): OKEKE EVELYN
- Address (Include Number & Street): 746 E 211 St
- City or Town: BRONX  State: NY  Zip Code: 10467

- Plate Number: DRE 8781  State of Reg.: NY  Vehicle Year & Make: 97 Volks  Vehicle Type: PAS  Ins. Code: 011

## VEHICLE 2 ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN
(blank / crossed out)

### VEHICLE 1 DAMAGE CODES
- Box 1 – Point of Impact
- Box 2 – Most Damage
- Enter up to three more Damage Codes

Vehicle Towed By: N/A  To: N/A

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

**Place Where Accident Occurred:** ☒ BRONX  ☐ KINGS  ☐ NEW YORK  ☐ QUEENS  ☐ RICHMOND
**Road on which accident occurred:** E 176 St
**At 1) intersecting street:** Grand Concourse

Cost of repairs to any one vehicle will be more than $1000.
☒ Unknown/Unable to Determine  ☐ Yes  ☐ No

**Accident Description/Officer's Notes:** See page #1

See p6 #1

Officer's Rank and Signature: P.O. ___

10/26/2006 11:21 FAX                KONFAX INVESTIGATIONS           7184013501                    ☒004
                                                                                                  P.6

| A Last Name | First | M.I. | D Last Name | First |
|---|---|---|---|---|
| Address | | | Address | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) |
| B Last Name | First | M.I. | E Last Name | First |
| Address | | | Address | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | Date of Birth (Month/Day/Year) | Telephone (Area Code) |
| C Last Name | First | M.I. | Highway Dist. at Scene? ☐ Yes ☒ No Name: | |
| Address | | | | |
| Date of Birth (Month/Day/Year) | Telephone (Area Code) | | | Shield No. |

ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND V

Vehicle No. 乃  9-03 702987  03/22         Vehicle No.2 _____
Expiration Date  3-23-07                    Expiration Date _____
VIN  3VWXA81H2VM126666                      VIN _____

WITNESS (Attach separate sheet, if necessary)
Name                              Address                                              Phone

_____
_____
_____

DUPLICATE COPY REQUIRED FOR:
☐ Dept. of Motor Vehicles              ☐ Motor Transport Division        ☐ NYC Taxi & Limousine Comm.   ☐ Other City Agency
   (if anyone is killed/injured)           (P.D. vehicle involved)           (if a Licensed taxi or limousine   (Specify)
                                                                             involved)
☐ Office of Comptroller                ☐ Personnel Safety Unit          ☐ Highway Unit _____
   (if a City vehicle involved)           (if a P.D. vehicle involved)

NOTIFICATIONS: (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad mem
was notified. In either case, give date and time of notification.)
_____
_____

| PROPERTY DAMAGED (other than vehicles) | OWNER OF PROPERTY (include city agency, where applicabl |
|---|---|
| | |
| | |

IF NYPD VEHICLE IS INVOLVED:

| Police Vehicle—Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No | Dept. Vehicle No | Assigned To What Comm |

Equipment in Use At Time of Accident
    ☐ Siren    ☐ Horn    ☐ Turret Light    ☐ 4-Way Flasher    ☐ High-Level Warning Lights    ☐ Traffic Cones    ☐ Headlights

ACTIONS OF POLICE VEHICLE
    ☐ Responding to Code Signal _____                ☐ Complying with Station House Directive
    ☐ Pursuing Violator                                ☐ Routine Patrol
    ☐ Other (Describe) _____

MV 104AN (7/01)