## CERTIFICATE OF SERVICE

**JONATHAN A. JUDD**, duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at New York, New York.

On June 22, 2007, I served a true copy of the within **RULE 26 DISCLOSURE** by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York, and the same via electronic mail, addressed to the last known address of the addressee as indicated below:

**KUHARSKI, LEVITZ & GIOVINAZZO**
*Attorneys for Plaintiff*
7 Dey Street, 14th Floor
New York, New York 10007
(212) 228-1331

                                         Jonathan A. Judd, Esq. (J 1655)
                                         Havkins Rosenfeld Ritzert & Varriale, LLP
                                         Eleven Penn Plaza, Suite 2101
                                         New York, New York 10001
                                         (212) 488-1598