UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X    Index No.: 07 CV 3387
LILLIAN OYOLA,

                              Plaintiff(s)      *STIPULATION OF*
                                                *DISCONTINUANCE*

            -against-

WAYNE BERNARD CAMPBELL,

                              Defendant(s).
-------------------------------------------X

Jonathan Judd
Havkins, Rosenfield Ritzert & Varriale, LLP
Attorney For: Wayne Campbell
Eleven Penn Plaza, Suite 2101
New York, NY  10001
Phone: (212) 488-1598
Fax:

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #: _____           │
│ DATE FILED: 7-17-07           │
└──────────────────────────────┘
```

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
the attorneys of record for all parties to the above entitled action,
that whereas no party hereto is an infant or incompetent person for whom
a committee has been appointed and no person not a party has an interest
in the subject matter of the action, the above entitled action be and the
same hereby is discontinued, with prejudice and without costs to either
party as against the other.  This stipulation may be filed without
further notice with the Clerk of the Court.

Dated:     New York, New York
           July     , 2007


BY:   LONNY R. LEVITZ, ESQ.
Attorneys for Plaintiff(s)
KUHARSKI, LEVITZ & GIOVINAZZO, ESQ.
7 Dey Street, 14th Floor
New York, New York 10007
Tel. 212/228-1331


Jonathan Judd
Havkins, Rosenfield Ritzert & Varriale, LLP
Attorney For: Wayne Campbell
Eleven Penn Plaza, Suite 2101
New York, NY  10001
Phone: (212) 488-1598

*So ordered*
7/17/07

7/17/07

MICROFILM    JUL 18 2007 -12 PM